IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|                    |   )   |                                          |
|--------------------|-------|------------------------------------------|
|                    |   )   | Case Number:                             |
|                    |   )   |                                          |
| Plaintiff(s)       |   )   |                                          |
| vs.                |   )   | Corporate Disclosure/ Statement of Interest |
|                    |   )   |                                          |
|                    |   )   |                                          |
|                    |   )   |                                          |
| Defendant(s).      |   )   |                                          |

As required by LR 7.1 and LR 81.c, ,d, and .e, _____ in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the _____ as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the _____ outcome in the case:

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Date: _____

_____
_____
_____
\_\_\_\_\_aaaaaaaaaa_____
_____
_____